JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL CASTRO, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OKUMA CORPORATION, et al.<br><br>　　　　　　　Defendants. | Case No. 2:21-CV-06506-SSS-KESx<br><br>Assigned to U.S. District Court Judge Sunshine S. Sykes, Courtroom 2<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(ii)] |

1  Pursuant to the stipulation of the parties under Federal Rule of Civil
2  Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED THAT THIS ACTION IS
3  DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with
4  each party bearing that party's own attorney's fees and costs.  The Clerk is directed
5  to close the file.

**IT IS SO ORDERED.**

Dated: December 16, 2022

_____
Sunshine S. Sykes
United States District Judge

-2-

ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

277977909v.1